# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILMA THOMPSON, ) | |
| Plaintiff(s), ) | Case No. 2:12-cv-01906-MMD-NJK |
| vs. ) | RECUSAL ORDER |
| ERIC HOLDER, et al., ) | |
| Defendant(s). ) | |

This matter was assigned to the undersigned Magistrate Judge on February 7, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 21, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge