# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

WILMA THOMPSON,

             Plaintiff,

vs.

ERIC HOLDER,

             Defendants.

2:12-cv-01906-RFB-VCF

**ORDER**

Before the court is the Stipulation and Order to Extend Discovery (#33).

IT IS HEREBY ORDERED that a telephonic hearing on the Stipulation and Order to Extend Discovery (#33) is scheduled for 1:30 p.m., September 2, 2015, in courtroom 3D.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 25th day of August, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE