DANIEL G. BOGDEN
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMA THOMPSON, | ) |
| Plaintiff, | ) Case No: 2:12-cv-01906-RFB-VCF |
| v. | ) |
| LORETTA LYNCH, in her official capacity as the Attorney General of the United States and Head of United States Department of Justice, | ) |
| Defendant. | ) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order (ECF #39), the parties submit the following status report to advise the court as to the status of ongoing settlement negotiations.

    1.    The parties have been working toward an agreed settlement in this case.

    2.    At this time, the parties have not been able to agree upon any resolution.

    3.    Given the discussions that have taken place, a settlement conference is unlikely to assist in the resolution of this matter.

1

4. The parties will submit a joint discovery plan and scheduling order no later than February 24, 2016.

Respectfully submitted this 10th day of February 2016.

| | |
|---|---|
| LAW OFFICE OF RICHARD<br>SEGERBLOM, LTD | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Richard Segerblom*<br>RICHARD SEGERBLOM, Esq.<br>704 S. Ninth Street<br>Las Vegas, Nevada 89101 | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorney for Plaintiff* | |

IT IS HEREBY ORDERED that the proposed discovery plan and scheduling order must be filed on or before February 24, 2016.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 10, 2016